IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DARYL L. LETT, | ) | |
|     Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:17cv127-MHT (WO) |
| DIANE JORDAN, et al., | ) ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a prisoner in the Covington County Jail, filed this lawsuit seeking to challenge the constitutionality of the municipal court proceedings for a misdemeanor offense and his resulting incarceration. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of April, 2017.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE